In the Matter of the Claim of ALFRED C. JONES, Respondent, against INTERNATIONAL MERCANTILE MARINE COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued January 26, 1938; decided March 8, 1938.

*William B. Davis* and *E. C. Sherwood* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.